# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

_Eugene Wright_ )
_____ )    Case Number: _22-1765-SMY_
_____ )
_____ )    *(Clerk's Office will provide)*
        *Plaintiff(s)/Petitioner(s)* )
                                    )    ☑ **CIVIL RIGHTS COMPLAINT**
              v.                    )    pursuant to 42 U.S.C. §1983 (State Prisoner)
_Chaplain David Vaughn,_ )    ☐ **CIVIL RIGHTS COMPLAINT**
_Warden Deanna Brookhart_ )    pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____ )    ☐ **CIVIL COMPLAINT**
_____ )    pursuant to the Federal Tort Claims Act, 28 U.S.C.
        *Defendant(s)/Respondent(s)* )    §§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.

**Defendant #1:**

B.    Defendant _David Vaughn_ is employed as
                    (a)  (Name of First Defendant)

_Chaplain_
                    (b)      (Position/Title)

with _Illinois Department of Corrections_
                    (c)   (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?    ☑ Yes    ☐ No

If your answer is YES, briefly explain: _The Chaplain at_
_Lawrence Correctional Center_

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _Deanna Brookhard_ is employed as

(Name of Second Defendant)

_Warden_

(Position/Title)

with _Illinois Department of Correction_

(Employer's Name and Address)

_10930 Lawrence Rd  Sumner, IL. 62466_

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?    ☒ Yes    ☐ No

If you answer is YES, briefly explain: _The Warden of_
_Lawrence Correctional Center_

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?    ☑Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s): *Eugene Wright*

Defendant(s): *Warden Deanna Brookhart*

2.    Court (if federal court, name of the district; if state court, name of the county): *Northern*

3.    Docket number: *19-CV-00826*

4.    Name of Judge to whom case was assigned: *Matthew F Kennelly*

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): *habeas Corpus*

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Still pending*

7.   Approximate date of filing lawsuit: *August 2019*

8.   Approximate date of disposition: *Still pending*

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" *No*

III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution? ☑ Yes    ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure? ☑ Yes    ☐ No

C.   If your answer is YES,
1.   What steps did you take? *Submitted grievance(s) after talking to the building (s) counselor(s) appealled to the grievance officer then to the ARB*

2.   What was the result? *The relief Requested on all my grievance(s) were denied.*

D.   If your answer is NO, explain why not. *N/A*

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes    ☐ No *Talk to counselor(s)*

F.   If your answer is YES,
1.   What steps did you take?
     *Talk to counselor(s)*

1 Parties to previous lawsuits:
   Plaintiff(s) Eugene Wright
   Defendant(s) Warden Calloway & Chaplain Easton

2 Court: Central District

3 Docket number: 18-CV-02056

4 Name of Judge:

5 Type of Case: Civil Rights

6 Disposition of case: Went to trial. Lost

7 Approximate date of filing lawsuit: Feb. 2018

8 Approximate date of disposition  May 2021

9 ~~N/A~~ NO

1 Parties to previous lawsuit:
   Plaintiff(s) Eugene Wright
   Defendant(s): Alsip Police

2 Court: Northern District

3 Docket number: 16 C 8713

4 Name of Judge: Don't remember

5 Type of Case: Civil Rights

6 Disposition of Case: Dismiss without
prejudice

7 Approximate date of filing lawsuit: Feb 2016

8 Approximate date of disposition: April 2016

9 NO

1 Eugene Wright
Cook County Jail

2 Northern District

3 12 C 5504

4 Name of Judge: Don't remember

5 Type of Case: Civil Rights

6 Disposition of Case: Dismiss

7 Approximate date of filing lawsuit: Don't remember

8 Approximate date of disposition: March 2013

9 NO

2.    What was the result? *Had to file grievance(s)*

G.    If your answer is NO, explain why not. *N/A*

H.    Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not: *N/A*

IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

(1) For over 13 months I was denied Religious Service. I got to Lawrence in April of 2013 from April 2013 until April of 2019 I sent multiple request slips to the Choplain department to have my name added to the Moslem Service list all my request slips were ignored. It was only after I filed a grievance did I get a response. During the grievance procedures I resubmitted more request slips to have my name added to Jumah, my name did not get added until November 2019

(2) During the same time I sent multiple request slips to receive a Religious diet. However I would not receive a Religious diet until January 2022. And because of this I am now a diabetic. I explain in my grievance(s) these actions violated my 1st, 14th amendment as well as RLUIPA. Only one of my request slips concerning the Religious diet was address and it was to tell my it has not been prob-

Rev. 10/3/19

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

$500,000 in punitive damages
$500,000 in compensatory damages
$20,000 in monetary

## VI.    JURY DEMAND (*check one box below*)

The plaintiff ☒ does   ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed
on:        August 3, 2022
                (date)

_____
Signature of Plaintiff

10930 Lawrence Rd
Street Address

Eugene Wright
Printed Name

Sumner, IL 62466
City, State, Zip

B09564
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

Illinois Department of Corrections
**OFFENDER'S GRIEVANCE**

| Date: 4-29-19 | Offender: (Please Print) Eugene Wright | | ID#: B09564 |
|---|---|---|---|
| Present Facility: Lawrence | | Facility where grievance issue occurred: Lawrence | |

**NATURE OF GRIEVANCE:**

RECEIVED
LAWRENCE CC

APR 30 2019

GRIEVANCE
OFFICE

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): *1st amendment violation*
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Disciplinary Report: ____/____/____
  Date of Report    Facility where issued

# 4-19-564

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have been in Lawrence CC for over a year and for over a year my first amendment guarantee of the Bill of Rights have been violated. I written the Chaplain department numerous time only to be ignore. Moorish Science Service(s) are not offer in Lawrence nor do I feel that the Chaplain department on up want Moorish TURN OVER

**Relief Requested:** To have Moorish Science Service offer in Lawrence or to be sent to a facility that offer MST of A Service(s)

- [ ] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is **NOT** an emergency grievance.

| Eugene Wright Bey | B09564 | 4.29.19 |
|---|---|---|
| Offender's Signature | ID# | Date |

RECEIVED
LAWRENCE CC

(Continue on reverse side if necessary)

---

| **Counselor's Response** (If applicable) | | |
|---|---|---|
| Date Received: 5 / 1 / 19 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

MAR 30 2019
GRIEVANCE

**Response:** Per Chaplin, offender may construct a written service proposal.

| LCII 03 Long | B | 5.3.19 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** | | |
|---|---|---|
| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
| | Chief Administrative Officer's Signature | ____/____/____ Date |

Housing Unit: _____  Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Science Service(s) offer in Lawrence
as my requests have gone unanswer

APPEAL          (5-9-19)

Counselor's response per chaplain, offender may
Construct a written service proposal. Does not
address the grievance issue that my first amend-
ment guarantee of the bill of rights have been
Violated from April 2018 until now and that
the Chaplain has ignore my request slips. I
would like the content of my grievance to be
answer.  ← CONTINUE →  (5/14-19) TO: C.A.O
Today I received a Memorandum dated 5/13/19
Subject: Grievance(s) / Inmate Correspondence.
Stating my grievance was being returned for the
reason(s) listed below: Not submitted in the time-
frame outlined in Department Rule 504 therefore, issue
will not be addressed further. And Other: no dates
provided other than April 2018 - outside of time frame
I am Re submitting this grievance to your office
with the hope you read My grievance. The April
2018 is the starting line not the finish line. I
find it amazing you willfully overlooked the
"Until now" which imply the present date.
As of the date of this grievance, appeal and
resubmitting my first amendment guarantees
still being violated

Printed on Recycled Paper

Illinois Department of Corrections

# GRIEVANCE/INMATE CORRESPONDENCE
## LAWRENCE CORRECTIONAL CENTER

## MEMORANDUM

**RECEIVED**

JUL 2 6 2019

ADMINISTRATIVE
REVIEW BOARD

**DATE**   5/18/19

**TO:**   Wright  B09564

**FROM:**

**Lawrence Correctional Center**

**RECEIVED**

MAY 2 4 2019

ADMINISTRATIVE
REVIEW BOARD

**SUBJECT:**   **Grievance(s) / Inmate Correspondence**

**The attached is being returned for the reason(s) listed below:**

☐   Contact your Correctional Counselor. Per D.R 504 Grievances, "A committed person s first attempt to resolve incidents, problems or complaints, other than complaints concer disciplinary proceedings, through his counselor."

☐   Use proper Committed Person's Grievance Report Form (DOC 0046).

☐   Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐   **Forward grievance directly to the Administrative Review Board.** (protective custo enforced medication, disciplinary reports from other facilities, issues arising at another facility except personal property and medical issues, or issues not resolved by the Chief Administrative Officer, etc).

☒   Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will n be addressed further.

☐   Unable to determine nature of grievance/correspondence. Submit additional specific information.

☐   Illegible copy submitted. Submit legible copy for consideration.

☐   Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

☐   Issue has been previously addressed on a grievance. No justification for further consideration. Grievance Response was provided.

☐   Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.).

☐   Address concerns to Illinois Prisoner Review Board, 319 East Madison St. Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.). This issue not within the jurisdiction of the facility or the ARB.

☒   Other:   no dates provided other than April 2018. outside of time

*Printed on Recycled Paper*

LAW790 (eff. 0/

I need the CAO (Warden) response pursuant to 20 Ill Admin. Code 504. 830 (e) before I can appeal this to Springfield. 20 Ill Admin. Code 540. 830 (e):- The CAO Shall review the findings and recommendation and advise the offender of his or her decision in writing. All I have is a Memorendum dated 5/13/19 not Sign by anyone. I need the CAO written recommendation. 20 Ill Admin Code 504. 850(e) If after receiving the response of the CAO the offender still believe that the problem has not been resolved to his satisfaction he may appeal to the ARB within 30 days.

RECEIVED

MAY 2 4 2019

ADMINISTRATIVE
REVIEW BOARD

RECEIVED

JUL 2 6 2019

ADMINISTRATIVE
REVIEW BOARD

I need the CAO (Warden) response pursuant to 20 Ill Admin. Code 504. 830 (e) before I Can appeal this to Springfield. 20 Ill Admin. Code 540. 830 (e) = The CAO Shall review the findings and recommendation and advise the Offender of his or her decision on writing. All I have is a Memorendum dated 5/13/19 not Sign by anyone. I need the CAO written recommendation. 20 Ill Admin Code 504. 850(e) If after receiving the response of the CAO the offender still believe that the problem has not been resolved to his satisfaction he may appeal to the ARB within 30 days.

RECEIVED

MAY 3 1 2019

ADMINISTRATIVE
REVIEW BOARD

To: Grievance Officer

I cannot move to the next step in the grievance process until you provide me with yours and the Warden's response. This is per the ARB's response, which is enclosed.

RECEIVED

JUL 2 6 2019

ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: <u>Wright</u>       <u>Eugene</u>       MI    <u>B09564</u>
      Last Name       First Name       ID#

Facility: <u>Lawrence</u>

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: <u>4/29/2019</u>    or ☐ Correspondence: Dated: _____

Received: <u>5/24/2019</u>    Regarding: <u>Religion</u>
      Date

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely. *This is my second time asking you to comply with Ill. Admin Code 540.830 (e). The first time was May 15, 2019. Request attach to the back.*

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
      Date

☐ No justification provided for additional consideration.

RECEIVED

JUL 26 2019

ADMINISTRATIVE
REVIEW BOARD

**Other** (specify): _____

_____

Completed by: <u>Patty Sneed</u>       *Patty Sneed*       5/31/19
      Print Name       Signature       Date

Distribution: Offender       *Printed on Recycled Paper*       DOC 0070 (Rev. 3/2018)
      Inmate Issues

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** <u>Wright</u>                    <u>Eugene</u>                        ___    <u>B09564</u>
                    Last Name                          First Name              MI        ID#

**Facility:** <u>Lawrence</u>

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: <u>4/29/2019</u>    or ☐ Correspondence: Dated: _____

Received: <u>5/31/2019</u>    Regarding: <u>Religion</u>
        Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

---

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                              Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

_____

Completed by: <u>Patty Sneed</u>        *Patty Sneed*                6/10/19
              Print Name                    Signature                Date

Distribution:    Offender            *Printed on Recycled Paper*            DOC 0070 (Rev. 3/2018)
                Inmate Issues

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| | Grievance Officer's Report | |
|---|---|---|

| | | |
|---|---|---|
| **Date Received:** 7/8/19 | **Date of Review:** 7/8/19 | **Grievance #** (optional): 4-19-564 |
| **Offender:** Wright, Eugene | | **ID#:** B09564 |

Nature of Grievance: 1st amendment violation

---

**Facts Reviewed:** Offender Wright B09564 claims he has been at Lawrence for over a year and his first amendment rights have been violated. He claims Moorish Science Services are not offered at Lawrence.

**Relief Requested:** "To have Moorish Science Service offer in Lawrence or to be sent to a facility that offer MST of A service."

**Counselor Response:** Per chaplain, offender may construct a written service proposal.

Per Offender Orientation Manual, page 6, the Chaplaincy Department consists of one Chaplain and Community Volunteers who provide religious services for the facility. Services are for specific religions except when specified as non-denominational. Any request for faith, religion, marriage, religious diets, etc., should be made in writing to the Chaplain.

Offender states his rights have been violated from "April 2018 until now." Per DR 504, offender has 60 days from the incident or discovery of the incident to file a grievance. This grievance officer deems offender's grievance out of timeframe, as it was initially received by the grievance office on April 30, 2019.

---

**Recommendation:** Based upon a total review of all available information, this Grievance Officer recommends that the grievance be _denied_, as it is out of timeframe. This grievance officer recommends offender send a request for religious services/written service proposal to the chaplain.

|  |  |
|---|---|
| L. Livingston CCII | _L. Livingston CCII_ |
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable.)

| | Chief Administrative Officer's Response | |
|---|---|---|

| | | |
|---|---|---|
| **Date Received:** 7/9/19 | ☒ I concur    ☐ I do not concur | ☐ Remand |
| **Action Taken:** | | |

RECEIVED

JUL 26 2019

ADMINISTRATIVE
REVIEW BOARD

7919

| | |
|---|---|
| Chief Administrative Officer's Signature | Date |

| | Offender's Appeal To The Director | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Offender's Signature | ID# | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: <u>Wright</u>                    <u>Eugene</u>                    ___    <u>B09564</u>
         Last Name                    First Name                    MI    ID#

Facility: <u>Lawrence</u>

☒ Grievance: Facility Grievance # (if applicable) <u>4-19-564</u>    Dated: <u>4/29/2019</u>    or ☐ Correspondence: Dated: _____

Received: <u>7/26/2019</u>    Regarding: <u>Religion</u>
       Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                      Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

_____

Completed by: <u>Patty Sneed</u>    *Patty Sneed*    <u>7/31/19</u>
         Print Name                    Signature                    Date

Distribution:    Offender
             Inmate Issues
             *Printed on Recycled Paper*    DOC 0070 (Rev. 3/2018)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: _Eugene Wright_    ID #: _B09564_ Living Unit: _5 A 19U_

Job Assignment: _____    Shift:_____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Chaplin department_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): _I have written you previously about getting a halal diet Can you let me know What happening with my request._

_Eugene Wright_    9/6/19
Offender's Signature    Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : _It has not been processed as of yet._    Remarks by supervisor (if necessary) : _____

Print Staff Name    Print Supervisor Name  JUL 27 2020

Staff Signature    Date    Supervisor Signature    Date

RECEIVED

ADMINISTRATIVE REVIEW BOARD

DOC 0286 (Rev. 4/2010)

Distribution:  Affected Unit

ILLINOIS DEPARTMENT OF CORRECTIONS

Housing Unit: 2004
Bed #: 3B45

**OFFENDER'S GRIEVANCE**

| Date: 11/4/19 | Offender: (Please Print) Eugene Wright | ID#: B09564 |
| Present Facility: Lawrence | Facility where grievance issue occurred: Lawrence. | |

**NATURE OF GRIEVANCE:**

| | | | RECEIVED LAWRENCE CC |
|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
| ☐ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☐ HIPAA   NOV 04 2019 |
| ☐ Transfer Denial by Facility | ☒ Other (specify): 1st Amendment Violation | | |
| ☐ Disciplinary Report: ____/____/____ Date of Report | Facility where issued | GRIEVANCE OFFICE 11-19-87 |

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have been trying to get my name added to the Moslem Service list for nineteen months. And for nineteen months (April 5, 2018 - November 4, 2019) my first amendment guarantees of the Bill of Rights have been violated. I attempted to have this part of my grievance resolve back in April of this year but was told the year long violation was not submitted in the time frame outlined in

→  →  → TURN OVER →  → →

Relief Requested: To have my name added to Jumah and to recieve a Religious diet base on the Nation of Islam How to Eat to Live.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Eugene Wright    B09564    11.4.19
Offender's Signature    ID#    Date

RECEIVED LAWRENCE CC

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | |
|---|---|
| Date Received: 11/18/19 | ☒ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: Per Chaplain response. Offender was added to the Muslim Service List.

Mitchell Erwin    Mitchell E    11.18.19
Print Counselor's Name    Counselor's Signature    Date of Response

| EMERGENCY REVIEW | |
|---|---|
| Date Received: ____/____/____ | Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_____    ____/____/____
Chief Administrative Officer's Signature    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (continued)

Department Rule 504. Since April 2018— When
I got here I have sent numerous request
Slips to the Chaplain department. My request
Slips have never been answered. Between August
22, 2019 and August 30, 2019 I sent two request
Slips to the Chaplain department. One asking for
a Religious diet pursuant to the Nation of Islam
How to eat to live. The other about why I
have not been added to Friday Jumah Ser-
vice. Both request ignore. Before leaving on
my Writ September 11, 2019 I sent request
Slips to the Chaplain department requesting
the status of my requests. Ignore. When
I got back from my writ on October 2,
2019 I sent the Chaplain department two
request Slips once again ignore.

EXHIBIT 1

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: 11-22-19 | Offender (Please Print) Eugene Wright | ID#: B09564 |
|---|---|---|
| Present Facility: Lawrence | Facility where grievance issue occurred: Lawrence | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify) 1st Amendment Violation
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA

RECEIVED
LAWRENCE CC
NOV 22 2019
GRIEVANCE OFFICE

- [ ] Disciplinary Report: ___/___/___
  Date of Report                    Facility where issued

11-19-53

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On November 21 2019 I received the Counselor's response to my November 4, 2019 grievance. ("Per Chaplain response. Offender was added to the Muslim service list"). However that response does not address the entirety of my grievance. There was no mention of why I have not been added to the list to receive a Religious diet ( NO Pork, NO beef, NO bleach bread, NO SOY) base on the TURN OVER →      →

**Relief Requested:** To know when my name was added to the Jumah list and to receive a Religious diet grounded on some of the NOI How to Eat to Live principle

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance

| Eugene Wright | B09564 | 11.22.19 |
|---|---|---|
| Offender's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

---

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: 11 / 25 / 19 | [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

**Response:** Duplicate grievance to #11-19-37. Per Chaplains response: the Offender was added to the Muslim Service line. To be considered to the religious diet addition request slips must continue to the Chaplain until added or you receive a response that you were denied.

| Mitchell Enos | Mitchell E | 1 + 8 + 20 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

RECEIVED

---

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: ___ / ___ / ___ | Is this determined to be of an emergency nature?    [ ] Yes, expedite emergency grievance    [ ] No, an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
| RECEIVED JUL 27 2020 ADMINISTRATIVE REVIEW BOARD | Chief Administrative Officer's Signature       ___/___/___  Date |

APR 17 2020
ADMINISTRATIVE REVIEW BOARD

Housing Unit: _____ Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Nation of Islam How to Eat to Live the
design for descendent of Africa

## State of Illinois - Department of Corrections

## Counseling Summary

3 C U 22

| | | | |
|---|---|---|---|
| **IDOC #** | B09564 | **Counseling Date** | 11/22/19 09:23:34:373 |
| **Offender Name** | WRIGHT, EUGENE | **Type** | Collateral |
| **Current Admit Date** | 03/19/2018 | **Method** | Grievance |
| **MSR Date** | 12/05/2035 | **Location** | LAW SEGREGATION |
| **HSE/GAL/CELL** | R3-BL-15 | **Staff** | LIVINGSTON, LACIE M., Correctional Counselor II |

Grievance office received grievance #11-19-37 dated 11/4/19 regarding 1st amendment violation at 2nd level for review.

To Clinical Services

I am writing to learn the status of the above grievance I submitted 60 days ago

Still at 2nd level being reviewed as of 1/21/20

Eugene Wright          1-21-20

RECEIVED
JUL 27 2020
ADMINISTRATIVE
REVIEW BOARD

RECEIVED
APR 17 2020
ADMINISTRATIVE
REVIEW BOARD

**Print Date** 11/22/2019

*ICU19*

*assigned grievance #/institution

Housing Unit _____    Bed #. _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec _____                                                    2nd Lvl rec _____

| Date: 4-15-20 | Offender (please print): Eugene Wright | ID #: B09564 | Race (optional): |
| Present Facility: Lawrence | | Facility where grievance issue occurred: Lawrence | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [X] Other (specify): 1st Amendment Violation
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On November 4, 2019 I submitted a Grievance explaining I had been in Lawrence closed to two years and my name had not been added to the Jumah Service list. I also explain I had requested a Religious diet grounded in the NOI How to Eat to Live that I have follow for twenty plus years. I received the Counselor's response between Nov. 5, 2019 and Nov. 21, 2019 stating "Per Chaplain"

[X] Continued on reverse

**Relief Requested:**

To know the date my name was added to the Jumah list and to receive a Religious diet along the lines of the Nation of Islam How to Eat to Live.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

Eugene Wright Bey                          B09564                          4-15-20
Offender's Signature                              ID#                                Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED
APR 17 2020
ADMINISTRATIVE
REVIEW BOARD

_____    _____
Print Counselor's Name    Sign Counselor's Name    Date

RECEIVED
JUL 27 2020
ADMINISTRATIVE
REVIEW BOARD

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:
- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____    _____
Chief Administrative Officer's Signature    Date

Assigned Grievance #/Institution

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec                                                                2nd Lvl rec

response offender was added to the muslim Service list".
On November 22, 2019 I appeal that grievance attaching
another grievance to it explaining why I was appealing.
That grievance was returned back to me with a
Counselor's response. (see attach exhibit 1) date of response
1-8-20. I received a Counseling Summary that my grievance
# 11-19-37 was at 2nd level for review. On January 21,
2020 I wrote Clinical Services to learn the status
of my grievance # 11-19-37 and was told" Still at
2nd level being reviewed as of 1-21-20. On March 5, 2020
while at NRC I went this office a copy of the
Clinical Services response to grievance # 11-19-37 and
1-20-515 and asked how long must I wait for a
response for the grievance officer NEVER GOT AN
ANSWER. Exhibit 2 is the January 21, 2020 response
for Clinical Services. On April 6, 2020 I wrote the
grievance officer to learn the status of grievance #
11-19-37 and was told" was answered and returned
on 12-3-19". I had copies of the January 21, 2020
response and the April 6, 2020 make and sent both
to the grievance officer explaining both this reply
Can not be correct and since the April 6, 2020 is
not sign and the January 21, 2020 is sign I believe
that is the official one. NEVER GOT A RESPONSE
BACK. According to the SEVENTH CIRCUIT prisoner are
not require to wait INDEFINITE on grievance respond.
The April 6 is exhibit 3.

Distribution: Master File; Offender                    Page 2 of 2                    DOC 0046 (Rev. 01/2020)

EXHIBIT

TO Grievance officer

RECEIVED

APR 17 2020

ADMINISTRATIVE
REVIEW BOARD

I am writing about grievance # 11-19-037
it been five months and I have yet to
get a response. What is the normal time
line to resolve grievances at the second
level of review.

Ugene Right B4                    4/6/20
     was answered & returned on 12/3/19

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Wright, Eugene_          ID #: _B09.54_   Living Unit: _R1 CU14_

Job Assignment: _____   Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _____

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify)

for the purpose of (explain): _____

_____

_____

RECEIVED

JUL 27 2020

ADMINISTRATIVE
REVIEW BOARD

_____

Offender's Signature                              Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): _Phone list sent to Securus_   Remarks by supervisor (if necessary):
_on 4/23 and 5/4. Lawrence does not process_  _Phone Lists – Securus does_
_#1-20-515 at 2nd level Fo- Review. #11-19-037 still under review_
_Miller_
Print Staff Name                                Print Supervisor Name
_____   _5-5-20_   _____
Staff Signature              Date                Supervisor Signature         Date

Distribution:  Affected Unit                                          DOC 0286 (Rev. 4/2010)

Eugene Wright    301524    TCC#9

TO: L. Livington CC11

RECEIVED

JUL 27 2020

ADMINISTRATIVE
REVIEW BOARD

I am writing to learn how grievances
are replied to. Are they answered in
order or they answered ~~randomly~~
randomly. Also can you tell me when
you think I can be expecting your
response to grievance's # 11-19-037
and # 1-20-515

Eugene Right-Bey          5-7-20

11-19-37 was returned to you ~~12/12~~ 12/3/19
T-20-515 is still in the grievance process

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

| Date Received: 11/22/19 | Date of Review: 11/27/19 | Grievance # (optional): 11-19-37 |
|---|---|---|

| Offender: Wright, Eugene | | ID#: B09564 |
|---|---|---|

Nature of Grievance: 1st amendment violation

---

Facts Reviewed:  Offender Wright B09564 claims he has been trying to get his name added to the Muslim service for 19 months.  He claims to have sent two requests between 8/22/19 and 8/30/19, but they have both been ignored.  He claims to have sent additional request slips prior to 9/11/19 and on 10/2/19.

Relief Requested:  "To have my name added to the Jumah and to retrieve a religious diet base on the nation of Islam how to eat to live."

Counselor Response: Per chaplain response, offender was added to the Muslim service list.

**RECEIVED**
JUL 27 2020
ADMINISTRATIVE
REVIEW BOARD

---

Recommendation: Based upon a total review of all available information, this Grievance Officer recommends that the grievance be <u>moot</u>, as per Offender 360, offender has been added to the Muslim service.

| L. Livingston CCII | | J. Livingston CCII |
|---|---|---|
| Print Grievance Officer's Name | | Grievance Officer's Signature |
| (Attach a copy of Offender's Grievance, including counselor's response if applicable) | | |

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received: ___12019___   ☑ I concur   ☐ I do not concur   ☐ Remand

Action Taken:

| | | |
|---|---|---|
| Chief Administrative Officer's Signature | | Date |

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Offender's Signature | ID# | Date |
|---|---|---|

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Wright_ _Eugene_ ___ MI _B09564_ ID#
         Last Name         First Name

Facility: _Lawrence_

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _4/15/20_ or ☐ Correspondence: Dated: _____

Received: _4/17/20_ Regarding: _Religious services + diet_
         Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely. _# 11-19-37 if timely_

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
         Date

☐ No justification provided for additional consideration.

RECEIVED

JUL 27 2020

ADMINISTRATIVE
REVIEW BOARD

Other (specify): _____

Completed by: _Sarah Johnson_ ___ Signature _Sarah Johnson_ ___ _7/7/20_
         Print Name                   Signature          Date

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** _Wright_   _Eugene_   _____   _B09564_
            Last Name      First Name       MI        ID#

**Facility:** _Lawrence_

☑ Grievance: Facility Grievance # (if applicable) _11-19-37_ Dated: _11/22/19 + 4/15/20_ or ☐ Correspondence: Dated: _____
Received: _7/27/20_ Regarding: _Muslim service, religious_
         Date                                              _diet_

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                  Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: _Sarah Johnson_   _[signature]_   _8/11/20_
              Print Name          Signature          Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request for Religious Diet**

Facility _____

I, _Eugene Wright_ , ID#: _B09564_ , hereby request a religious
Offender Name (Last, First M.I.)

diet accommodation. I declare my religious affiliation as _MST of A_ . This request is for:

[X] A _Halal/Kosher_ diet as an integral part of the practice of my declared religion.
Type of diet (e.g. kosher, vegan, etc.)

[ ] A religious meal for the observance of the following religious holiday or ceremony: _____
Specify name of holiday/ceremony

Justification or basis of request:
Examples of basis may include such things as documentation from religious textbook or faith leader; teaching of faith leader; interpretation of holy book, etc.)

_How to Eat to Live 1 of 2_

---

### Conditions of Participation

I understand that participation in a religious diet must be based on a sincerely held religious belief. If my request is
granted, I understand and acknowledge that:

- Receipt of the religious diet will begin on the first day of a month and the diet will be in effect for no less than one
  calendar month.
- I may request to terminate a religious diet at any time; however, the request must be submitted in writing on an
  Offender Request, DOC 0286, and will not be effective until the first day of the month following in which the
  request was received.
- I should not purchase or possess any food items that are not part of the religious diet and possessing food that
  violates the diet I requested may be deemed to demonstrate a lack of sincerity.
- I am prohibited from exchanging or giving away any religious diet food or tray or taking, accepting, or trading for
  a food tray or for food from a food tray other than my approved diet tray and the violation of such is grounds for
  discipline under Ill. Adm. Code 504.
- My commissary food purchases will be monitored by the Dietary Department and purchases of food that violate
  the diet I requested may be deemed to demonstrate a lack of sincerity.
- My mealtime attendance will be monitored and acceptance of the specially prepared diet tray is mandatory. I
  understand that I should not miss more than three meals per week, without providing written justification to the
  Chaplain or Dietary Manager. I understand that unjustified failure to attend meals may be deemed to
  demonstrate a lack of sincerity.

I affirm that I have read and understand these conditions for participation in a religious diet, and that I have signed
voluntarily and without coercion.

_Eugene RightBey_                                _11/25/21_
Offender Signature                                Date

---

**Official Use Only**

[X] Approved   [ ] Denied   _LAMBERT GOHEEN_         _Robert Goheen_      _12/5/21_
                           Chaplain (Print Name)       Chaplain (Signature)     Date

[X] Approved   [ ] Denied   _____          _____      _12/5/21_
                           Chief Administrative Officer (Print Name)   Chief Administrative Officer (Signature)   Date

If denied, provide reason: _____

Date received by Dietary: _____

If approved, religious diets shall begin on the first day of the month following that in which the Request was received.

Distribution:    Chaplain, Dietary Manager.

13. Leisure Time Services

Leisure Time Services is in charge of all offender recreational activities including yard and gym.

Offenders may participate in recreational activities at times that do not interfere with their primary assignments. Notification of such activities will normally be placed on the Institution Information Channel, and participation is by offender request. Yard and gym time is provided on regularly scheduled days and times. No request is needed to attend housing unit yard or gym lines. Those wishing to participate in ADA gym must submit a request to Health Care Unit for an ADA screening.

14. Chaplaincy

The Chaplaincy Department consists of one Chaplain and Community Volunteers who provide religious services for the facility. Services are for specific religions except when specified as non-denominational. Any request for faith, religion, marriage, religious diets, etc., should be made in writing to the Chaplain. Offenders should write a request to the Chaplain to attend a religious service and then the offender, if approved, will be added to the participant list to attend that religious service. Offenders who miss a religious service twice will be removed from the participant list for that activity. However, if an offender misses a single religious service that has a waiting list, he may be replaced by someone from the waiting list. Offenders who have been dropped and want to be put back on a certain religious service's participant list must send a new written request to the Chaplain. The Chaplain shall review all incoming religious items prior to delivery to offender.

15. Law Library

There is a law library with a Paralegal Assistant and offender law clerks, as well as a satellite law library in the segregation unit. Legal aid is provided by an assigned offender legal clerk.

16. General Library

III. OPERATIONS

A. Admission Procedures

It is the policy of the Illinois Department of Corrections that all correctional centers provide offenders with an Institutional Orientation Program. The Orientation Program will give the offender information about Lawrence Correctional Center's expectations of him and what he can expect to get from institutional programs. During this program, new offenders will receive orientation materials and/or translations of those materials in their own language. If a reading problem exists, a staff member will help the offender understand the material. A statement signed and dated by the offender shows the offender completed orientation. Each offender will sign a receipt stating he has taken part in the orientation process and has received a copy of the Orientation Manual. The receipt will be placed in the offender's Master File.

B. Housing Units

Offenders in general population (not in segregation) at Lawrence Correctional Center reside in eight (8) housing units. Housing unit and cell assignments are made by the Placement Officer.

Offenders are responsible for the cleanliness of their living unit areas. Personal property compliance checks will be conducted daily at 7:00 a.m. All offenders are expected to follow the rules governing personal property and rights of others.

C. Schedules

6

ONLY THIS PAGE

## CERTIFICATE OF SERVICE

I certify that I sent a copy of this Civil Right Complaint pursuant to 42 U.S.C 3 1983 to the Law Library at Lawrence Correctional Center to be E-Filed to Clerk of the Court; United State District Court; Southern District of Illinois; 750 Missouri Avenue; East St Louis, IL 62201

August 3, 2022

Eugene Wright