IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EUGENE WRIGHT ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 22-cv-1765--RJD |
| v. ) | |
| ) | |
| DAVID VAUGHN and DEE DEE ) | |
| BROOKHART, ) | |
| ) | |
| Defendants. | |

**ORDER**

**DALY, Magistrate Judge:**

Plaintiff, formerly incarcerated within the Illinois Department of Corrections ("IDOC"), filed this lawsuit pro se and pursuant to 42 U.S.C. §1983, alleging that his Constitutional rights were violated at Lawrence Correctional Center ("Lawrence"). Doc. 17. After resolving the issue of whether Plaintiff exhausted his administrative remedies, the Court entered a Scheduling Order with a discovery deadline of July 3, 2025. Doc. 63. On July 3, 2025, Defendants filed a Motion to Dismiss for Lack of Prosecution, explaining that counsel had mailed Plaintiff a Notice of Deposition that scheduled Plaintiff's deposition for June 26, 2025. Doc. 64. Plaintiff did not appear for the June 26, 2025 deposition, nor did he communicate with Plaintiff's counsel regarding his availability. Doc. 64.

Forty days have now passed since Defendants filed their Motion to Dismiss and Plaintiff has not responded nor filed any other pleading with this Court. Pursuant to Local Rule, Plaintiff's Response was due within 30 days of service. S.D.Ill. Local Rule 7.1(b). Defendants' Certificate of Service states that the Motion was sent to Plaintiff's last known address that he provided to the

Court on March 23, 2023. Doc. 26; Doc. 64, p. 5. It appears that Plaintiff has lost interest in this case and Defendants' Motion to Dismiss (Doc. 64) is GRANTED pursuant to Federal Rule of Civil Procedure 41(b). In granting this motion, the Court considers that Plaintiff did not appear for his deposition, did not respond to the Motion to Dismiss, and has not filed anything in this case since November 27, 2023. Doc. 60. Plaintiff's claims against Defendants Vaughn and Brookhart are DISMISSED WITH PREJUDICE and the Clerk of Court is directed to enter judgment accordingly. All pending deadlines and court settings are VACATED and Defendants' pending Motion to Stay is DENIED AS MOOT.

**IT IS SO ORDERED.**

**DATED:** August 12, 2025

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**